**In re TRAFFIC INFORMATION, LLC.**

**No. 2014–1427.**

United States Court of Appeals,
Federal Circuit.

Jan. 20, 2015.

Kevin L. Russell, Chernoff, Vilhauer, McClung & Stenzel, of Portland, Oregon, argued for appellant.

Amy J. Nelson, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Nathan K. Kelley, Solicitor, and Michael S. Forman, Associate Solicitor.

NEWMAN, REYNA, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**